AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

Piero A Bugoni

*Plaintiff(s)*

v.

Joseph Abruzzo et al.

*Defendant(s)*

Civil Action No. 21-CIV-82196-Middlebrooks/Matthewman

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Joseph Abruzzo
Circuit Court Clerk And Comptroller
Palm Beach County
205 N. Dixie Hwy.
West Palm Beach, FL 33401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Piero A Bugoni
160 W Camino Real
#191
Boca Raton FL, 33432

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Dec 13, 2021

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Lisa I. Streets
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

Piero A Bugoni

*Plaintiff(s)*

v.

Joseph Abruzzo et al.

*Defendant(s)*

Civil Action No.

21-CIV-82196-Middlebrooks/Matthewman

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* American Tax Funding LLC,
801 Maplewood Dr. Suite 4
Jupiter, FL 33458

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Piero A Bugoni
160 W Camino Real
#191
Boca Raton FL, 33432

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Dec 13, 2021

Angela E. Noble
Clerk of Court

*s/ Lisa I. Streets*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

Piero A Bugoni

*Plaintiff(s)*

v.

Joseph Abruzzo et al.

*Defendant(s)*

Civil Action No.

21-CIV-82196-Middlebrooks/Matthewman

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Auction Purchaser Of Property Located At 999 Cypress Way, 33486

(Hand Delivered At Purchase Auction)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Piero A Bugoni
160 W Camino Real
#191
Boca Raton FL, 33432

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Dec 13, 2021

Angela E. Noble
Clerk of Court

*s/ Lisa I. Streets*
Deputy Clerk
U.S. District Courts