1   Mr. Piero A Bugoni Pro - Se
    160 W Camino Real #191
    Boca Raton, FL 33432



IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA

Piero A. Bugoni                              Case No.: **9:21-CV-82196**
    PLAINTIFF

vs                                           **CERTIFICATE OF SERVICE**

Joseph Abruzzo,
In His Official Capacity

American Tax Funding LLC,

Auction Purchaser,
999 Cypress Way, 33486

DEFENDANTS

Copies of the Complaint and Summonses in this matter were served by United States

Certified Mail, to Defendants as follows:

Joseph M. Abruzzo
Circuit Court Clerk and Comptroller
Palm Beach County
205 N Dixie Highway
West Palm Beach FL, 33401
USPS Tracking Number: 70210950000121169523, shown as delivered on 17 December 2021.

American Tax Funding LLC,
801 Maplewood Dr. Suite 4
Jupiter, FL 33458
USPS Tracking Number: 70210950000121169530, shown as delivered on 16 December 2021

28

1 | The Complaint and Summonses were mailed by Super Postal, Boca Raton, via agent:

Name: _John Lawrence_

Subscribed below.

Signature: _[signature]_

There was no fee charged for the service of this matter as such, and Postage was paid by Plaintiff.

Submitted to the Court, This 29 December, 2021.

_[signature]_

Mr. Piero A. Bugoni, Plaintiff Pro – Se

On: This 29 December, 2021.

28

# USPS Tracking®

FAQs >

Track Another Package +

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove X

**Tracking Number:** 70210950000121169530

Your item was delivered to an individual at the address at 10:11 am on December 16, 2021 in JUPITER, FL 33458.

## ⊘ Delivered, Left with Individual

December 16, 2021 at 10:11 am
JUPITER, FL 33458

Get Updates ∨

| Text & Email Updates | ∨ |

| Tracking History | ∨ |

| Product Information | ∨ |

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®

FAQs >

Track Another Package +

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

**Tracking Number:** 70210950000121169523

Your item was picked up at a postal facility at 4:57 am on December 17, 2021 in WEST PALM BEACH, FL 33416.

## ⊘ Delivered, Individual Picked Up at Postal Facility

December 17, 2021 at 4:57 am
WEST PALM BEACH, FL 33416

Get Updates ∨

---

Text & Email Updates                                                                            ∨

---

Tracking History                                                                                 ∨

---

Product Information                                                                              ∨

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

Piero Bugoni
160 W Camino Real #191
Boca Raton, FL 33432

WEST PALM BCH FL 334

31 DEC 2021 PM 3 L



U.S. District Court
Southern District Of Florida
299 E. Broward Blvd.
Suite 108
Fort Lauderdale, FL 33301

33301-197799