UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 21-82196-CV-MIDDLEBROOKS

PIERO A. BUGONI,

    Plaintiff,

v.

JOSEPH ABRUZZO, et al.,

    Defendants.
_____/

## ORDER DENYING MOTION FOR ADVANCEMENT

THIS CAUSE comes before the Court upon Plaintiff's Emergency Ex Parte Motion for Advancement on Calendar, filed on January 4, 2022. (DE 8). For the reasons explained below, Plaintiff's Motion is denied.

This action arises from Plaintiff's failure to pay property taxes on the home he owns with his mother and brother. (DE 1 at ¶¶ 13, 15, 23). As a result of his failure to pay, Plaintiff's home may now be foreclosed and auctioned to pay the taxes owed on the property. (*Id.* at ¶ 28). Plaintiff asserts that it is unconstitutional for Defendant Abruzzo, Clerk of the Circuit Court and Comptroller for Palm Beach County, to demand full payment of the taxes due and not to accept partial payment in exchange for not foreclosing on the property because "[t]hat policy and custom prevents persons from paying property taxes because those who do not have surplus funds or income must perpetually engage in ad-hoc budgeting." (*Id.* at ¶ 25). In support, Plaintiff cites to various provisions of the Constitution, including the "right to property," "right to due process," and "right to voluntary compliance," as well as alleging claims for conversion and unjust enrichment. (*Id.* at ¶¶ 42–81).

In the present Motion, Plaintiff seeks to "advance this matter on the calendar on an emergency basis" and requests that this case be "decided no later than 14 January 2022." (DE 8 at 2). In effect, Plaintiff is requesting the same relief that I declined to grant in my Order Denying Motion for Preliminary Injunction. (DE 6). And this Motion, like Plaintiff's Motion for Preliminary Injunction, lacks any legal support for the relief requested. As has already been explained to Plaintiff, Local Rule 7.1(a)(1) requires that all motions "shall incorporate a memorandum of law *citing supporting authorities*." S.D. Fla. LR. 7.1(a)(1) (emphasis added). Plaintiff's Motion does not cite any law or supporting authorities for the relief requested, nor does he point to any law that Defendants have allegedly violated entitling him to relief. (*See generally* DE 8).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Plaintiff's Emergency Motion for Advancement (DE 8) is **DENIED**. Plaintiff is advised that future filings that do not comply with Local Rule 7.1(a)(1) will be summarily stricken.

**SIGNED** in Chambers, at West Palm Beach, Florida, this 5th day of January, 2022.

Donald M. Middlebrooks
United States District Judge

cc:   Piero A. Bugoni, *Pro Se*
      160 W. Camino Real #191
      Boca Raton, FL 33432