UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil No.: 21-cv-82196-MIDDLEBROOKS/MATTHEWMAN

PIERO A. BUGONI,

    Plaintiff,

vs.

JOSEPH ABRUZZO, et al.,

    Defendants.
_____/

## ORDER SETTING SCHEDULING CONFERENCE VIA ZOOM VIDEO TELECONFERENCE (VTC)

**THIS CAUSE** is before the Undersigned upon a referral from the Honorable Donald M. Middlebrooks, United States District Judge, to hold a scheduling conference. *See* DE 7.

It is hereby **ORDERED** as follows:

1. A Scheduling Conference is set for **January 24, 2022 at 3:30 p.m.** in the West Palm Beach Division before U.S. Magistrate Judge William Matthewman to take place via Zoom Video Teleconference (VTC).

2. Any motions to modify the existing trial date should be filed prior to the scheduling conference.

3. To log in through ZoomGov Meeting, use Meeting ID: 160 540 3826 and Passcode: 246129.

4. All pro se parties and counsel shall appear by both audio and video. Because of the expedited nature of the conference, the parties are relieved of Local Rule 16.1(b)'s conference report requirement.

5. The Clerk of Court is DIRECTED to mail a copy of this Order to Piero A. Bugoni, Pro Se, 160 W. Camino Real #191, Boca Raton, FL 33432.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 7th day of January 2022.

_____
WILLIAM MATTHEWMAN
United States Magistrate Judge