1 | Mr. Piero A Bugoni Pro - Se
160 W Camino Real #191
Boca Raton, FL 33432



IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA

Piero A. Bugoni
    PLAINTIFF

vs

Joseph Abruzzo,
In His Official Capacity

American Tax Funding LLC,

Auction Purchaser,
999 Cypress Way, 33486

    DEFENDANTS

Case No.: **9:21-CV-82196**

**EMERGENCY MOTION**

**TO DEPOSIT FUNDS**

**IN COURT'S REGISTRY**

In order to satisfy the debt claimed by either or both Defendants, Plaintiff moves This Court for an Order to deposit the enclosed $300 into the Court's Financial Registry, for the purposes of paying those funds to Defendants. Plaintiff deposits this amount at this time to not tie up funds that may need to be payed directly to Defendants should relief not be available here.

Submitted to the Court, This 6 January, 2022.

28 | Mr. Piero A. Bugoni, Plaintiff Pro – Se

1 | Certificate Of Filing And Delivery:

This Document Was Filed With The Court, by Plaintiff Via U.S. Mail, And A Copy Delivered To:

Joseph M. Abruzzo
Circuit Court Clerk and Comptroller
Palm Beach County
205 N Dixie Highway
West Palm Beach FL, 33401

American Tax Funding LLC,
801 Maplewood Dr. Suite 4
Jupiter, FL 33458

On: This 6 January, 2022.

28

UNITED STATES DISTRICT COURT

SOUTHERN IDSTRICT OF FLORIDA

www.flsd.uscourts.gov

DATE: __1/7/2022__

CASE NUMBER/JUDGE: __21-CV-82196__

The Clerk's office received your submission; however, you failed to comply with the following requirements of the Local Rules, Federal Rules, or U.S. Codes. Please note the selection below:

☐ Failed to provide the case number on the document. Please provide a case number and <u>print</u> full name of defendant as it appears on the criminal court case with all submissions to ensure proper credit to your account.

☐ Altered money orders are not accepted.

☐ Check/Money order must be payable to "<u>Clerk, United States Court</u>".

☐ The case is assigned to another court. Please forward the enclosed to the proper court.

☐ <u>Personal/business checks are not accepted for restitution payments.</u> Money orders or cashier's checks will be accepted by mail.

☒ Other: __Deposits to the Registry can not be accepted until the Order to Accept it is Issued.__

ANGELA E. NOBLE

Court Administrator/Clerk of Court

By: _____
    Deputy Clerk

| 400 N. Miami Ave. | 299 E. Broward Blvd. | 701 Clematis Street |
|---|---|---|
| Miami, FL 33128 | Ft. Lauderdale, FL 33301 | WPB, FL 33401 |
| (305)523-5051 | (954)769-5400 | (561)803-3400 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Office of the Clerk
299 East Broward Boulevard  Rm 108
Ft. Lauderdale, Florida 33301

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

FIRST-CLASS

PIERO Bu
160 W CAMI
#191
BOCA RATON