Case 9:21-cv-82196-DMM   Document 16   Entered on FLSD Docket 01/07/2022   Page 1 of 5

1  Mr. Piero A Bugoni Pro - Se
160 W Camino Real #191
Boca Raton, FL 33432



FILED BY _____ D.C.
JAN 07 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA

Piero A. Bugoni                          Case No.: **9:21-CV-82196**
    PLAINTIFF

vs                                       **NOTICE OF EMERGENCY**

Joseph Abruzzo,
In His Official Capacity

American Tax Funding LLC,

Auction Purchaser,
999 Cypress Way, 33486

    DEFENDANTS

Plaintiff hereby gives This Court Notice that until and including 19 January 2022, that all Motions filed in this matter are emergency matters.

In support of that is attached Exhibit 1, a correspondence from Defendant Abruzzo's office indicating that Plaintiff's property is scheduled for sale 19 January 2022. This correspondence was obtained at the request of Plaintiff, for a notice of the auction date.

Submitted to the Court, This 6 January, 2022.

_[signature]_

28  Mr. Piero A. Bugoni, Plaintiff Pro – Se

Page 1 of 2

1

Certificate Of Filing And Delivery:

This Document Was Filed With The Court, by Plaintiff Via U.S. Mail, And A Copy Delivered To:

Joseph M. Abruzzo
Circuit Court Clerk and Comptroller
Palm Beach County
205 N Dixie Highway
West Palm Beach FL, 33401

American Tax Funding LLC,
801 Maplewood Dr. Suite 4
Jupiter, FL 33458

On: This 6 January, 2022.

28

Sent at the request of son of owner.

Please call if you have any questions.

561-355-2962

*Exhibit 1*

# TAX DEED WORKSHEET

nvdr513.100101  **DR513**

| | |
|---|---|
| PARCEL NO.: | 06-43-47-30-13-002-0120 |
| TAX CERT NO.: | 11034-2019 |
| APPLICATION DATE: | 04/15/2021 |
| APPLICANT NAME: | AMERICAN TAX FUNDING LLC |
| APPLICANT ADDR: | 801 MAPLEWOOD DR SUITE 4 |
| CITY: | JUPITER |
| STATE: | FL |
| ZIP: | 33458- |
| DATE OF SALE: | 01/19/2022 |
| YEAR OF ISSUANCE: | 05/31/2019 |
| CERTIFICATION DATE: | 09/15/2021 |
| DEED STATUS: | READYSALE |
| DATE RECEIVED: | 09/15/2021 |
| APP CODE (F1): | ERICAN TAX FUND |

| Cert No | H/O | Dt of Sale | Tax Yr | Face Amt | T/C Fee | Interest | Total |
|---|---|---|---|---|---|---|---|
| 11034 | Y | 05/31/2019 | 2018 | 3,485.68 | .00 | 174.28 | 3,659.96 |
| 11192 | N | 05/31/2020 | 2019 | 3,678.09 | 6.25 | 183.90 | 3,868.24 |
| | | 00/00/0000 | | .00 | .00 | .00 | .00 |
| | | 00/00/0000 | | .00 | .00 | .00 | .00 |

**AMOUNTS CERTIFIED BY TAX COLLECTOR**

| | | | |
|---|---|---|---|
| 1. | TOTAL OF ALL CERTIFICATES | | 7,528.20 |
| 2. | DELINQUENT TAXES PAID | Year | .00 |
| 3. | CURRENT TAXES PAID | Year 2020 | 3,546.03 |
| 4. | OWNERSHIP/ENCUMBRANCE REP FEE | | 300.00 |
| 5. | TAX DEED APPLICATION FEE | | 160.60 |
| 6. | INTEREST ACCRUED BY TAX COL | | 865.11 |
| | **TOTAL OF TAX COLLECTORS FEE** | | **$12,399.94** |

**CLERKS FEES**

| | | | |
|---|---|---|---|
| 7. | CLERK STATUTORY FEE | | 120.00 |
| 8. | CLERK MAILING FEE LOCAL | Regular | 66.78 |
| 9. | CLERK MAILING FEE FOREIGN | | .00 |
| 10. | CLERK ADVERTISING FEE | | 117.00 |
| 11. | CLERK FEE FOR CERT OF NOTIC | | .00 |
| 12. | SHERIFFS FEE TOTAL | Other | 120.00 |
| 13. | SUPPLEMENTAL TAXES | | .00 |
| 14. | ADJUSTMENTS | | .00 |
| 15. | CLERK COMPUTED INTEREST | % | 717.52 |
| | **TOTAL OF CLERKS FEE** | | **$1,141.30** |

*Handwritten note: Sent at the request of son of owner. Please call if you have any questions. 561-355-2962*

**REDEMPTION/SALE - OPENING BID**

| | | |
|---|---|---|
| | **STATUTORY (OPENING) BID** | **$13,541.24** |
| 16. | TAX COLLECTORS REDEMP FEE | 6.25 |
| | **REDEMPTION AMOUNT** | **$13,547.49** |
| 17. | PROPERTY APPRAISED VALUE ✓ | 213,104.00 |
| | **HOMESTEAD OPENING BID MINIMUM** | **$106,552.00** |
| 18. | LESS: ADD $10.60 PLUS $1 INDEXING | .00 |
| | **OPENING BID AMOUNT** | **$120,093.24** |

**AFTER SALE - AMOUNT DUE FROM BUYER**

| | | |
|---|---|---|
| 19. | SALE AMOUNT AT SALE | .00 |
| 20. | CLERK RECORDING FEE | .00 |
| | **LANDS AVAILABLE INFORMATION** | |
| 21. | ADDITIONAL INTEREST  0 Months at 0 % | .00 |
| 22. | OMITTED TAXES | .00 |
| | **TOTAL REQUIRED FROM BUYER** | **$0.00** |

*Handwritten: Redemption Amt Total $13,559.09 set for 1/19/2022*

**PRIORITY MAIL**

**UNITED STATES POSTAL SERVICE® — Click-N-Ship®**

usps.com  $13.60  US POSTAGE  
Padded FR Env  INSURED  
9405 8036 9930 0804 9867 15 0136 0000 0023 3301  
U.S. POSTAGE PAID Click-N-Ship®  
01/06/2022   Mailed from 33432

**PRIORITY MAIL 1-DAY™**

PIERO BUGONI  
160 W CAMINO REAL  
# 191  
BOCA RATON FL 33432-5942

Expected Delivery Date: 01/07/22

0006

C019

SHIP TO:  
U.S. DISTRICT COURT  
SOUTHERN DISTRICT OF FLORIDA  
299 E BROWARD BLVD  
STE 108  
FT LAUDERDALE FL 33301-1922

**USPS TRACKING #**

9405 8036 9930 0804 9867 15

Electronic Rate Approved #038555749

VISIT US AT USPS.COM  
ORDER FREE SUPPLIES ONLINE

Padded Flat Rate Envelope  
EP14PE February 2020  
ID: 9.5 x 12.5

PS00001000016